JAMES A. FONDA, Attorney at Law
State Bar #45160
306 North Third Avenue
Oakdale, CA 95361
Telephone: (209) 847-5720
FAX: (209) 847-4253

Attorney for **ADAM MONTALVO**

LODGED
SEP 0 9 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

FILED
2005 SEP 13 P 2: 37
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 1: 05CR00287 AWI |
| Plaintiff, | SUBSTITUTION OF ATTORNEY FOR DEFENDANT |
| vs. | |
| ADAM MONTALVO | |
| Defendant. | |

I, **ADAM MONTALVO**, Defendant in the above-entitled case, hereby substitute **JAMES A. FONDA**, Attorney at Law as my attorney of record in the above-entitled case in place of **FEDERAL PUBLIC DEFENDER.** .

Dated: 09/07/05

_____
**ADAM MONTALVO, Defendant**

I consent to the above substitution.

Dated: 9/7/05

_____
**FEDERAL PUBLIC DEFENDER**
**Former Attorney for Defendant**

I accept the above substituiton.

Dated: 09/07/05

_____
**JAMES A. FONDA**
**New Attorney for Defendant**

It is so Ordered. Dated: 9-13-05

_____
United States District Judge

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the County of Stanislaus; I am over the age of eighteen years and not a party to the within-entitled action; my business address is 306 North Third Avenue, P.O. Box 412, Oakdale, California 95361.

On September 7, 2005, I served the within:

**SUBSTITUTION OF ATTORNEY FOR DEFENDANT**

on **McGREGOR W. SCOTT, United States Attorney,** by placing a true copy thereof in sealed envelope and mailing at the United States Post Office at Oakdale, California, addressed as follows:

**McGREGOR W. SCOTT / KIMBERLY A. KELLY**
**United States Attorney**
**3654 Federal Building**
**1130 "O" Street**
**Fresno, CA 93721**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 9, 2005

_____
JAMES A. FONDA