```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. KELLY
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, CA   93721
Telephone: (559) 498-7272
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:05-CR-00287 AWI |
| Plaintiff, | ) |
| | ) STIPULATION FOR CONTINUANCE |
| v. | ) OF STATUS CONFERENCE AND |
| | ) ORDER |
| ADAM MONTALVO, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Kelly, Assistant U.S. Attorney, and James Fonda, attorney for defendant, Adam Montalvo, hereby stipulate to the continuance of the status conference currently scheduled for December 6, 2005 at 1:30 p.m. be continued to December 14, 2005 at 1:30 p.m.

Dated: December 6, 2005                     Respectfully submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney


                                        By:  /S/ Kimberly A. Kelly
                                            KIMBERLY A. KELLY
                                            Assistant U.S. Attorney


Dated: December 6, 2005                      /s/ James Fonda
                                            JAMES FONDA
                                            Attorney for Defendant
                                            ADAM MONTALVO

1

**ORDER**

**IT IS HEREBY ORDERED** that the status conference currently scheduled for December 6, 2005 at 1:30 p.m. be continued to December 14, 2005 at 1:30 p.m. in the above-entitled matter

DATED:_____

IT IS SO ORDERED.

**Dated:   December 7, 2005**          /s/ Anthony W. Ishii
0m8i78                            UNITED STATES DISTRICT JUDGE