PROB 35 (ED/CA)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Docket No:   1:05CR00287-001** |
| | ) | |
| **ADAM MONTALVO** | ) | |
| | ) | |

On January 22, 2007, the above-named was placed on Supervised Release for a period of 60 months.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Julie A. Fowler

**JULIE A. FOWLER**
**United States Probation Officer**

Dated:     August 28, 2014
           Roseville, California
           JAF:aph

/s/ Michael A. Sipe

**REVIEWED BY:**     **MICHAEL A. SIPE**
                     **Supervising United States Probation Officer**

1

PROB 35 (ED/CA)

**Re:     MONTALVO, Adam**
        **Docket No:     1:05CR00287-001**
        **Report and Order Terminating Supervised Release**
        **Prior to Original Expiration Date**

# ORDER OF COURT

Pursuant to the above report, it is ordered that Adam Montalvo be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:    August 28, 2014                    _____
                                            SENIOR   DISTRICT   JUDGE

2